UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――
ORISKA CORPORATION, individually and derivatively to Carrier-Defendant Oriska Insurance Company,

                    Plaintiff,

-against-

GARDEN CARE CENTER, INC., et al.,

                    Defendants.
―――――――――――――――――――――――――

MEMORANDUM & ORDER
21-CV-2010-NGG-SJB
20-CV-6291-NGG-SJB
21-CV-2022-NGG-SJB
21-CV-2024-NGG-SJB
21-CV-2029-NGG-SJB
21-CV-2039-NGG-SJB
21-CV-2040-NGG-SJB
21-CV-2050-NGG-SJB

NICHOLAS G. GARAUFIS, United States District Judge.

On May 27, 2021, this court found that the Healthcare Defendants[1] and individual defendant Ira Lipsius were entitled to

---

[1] The Healthcare Defendants are Avalon Gardens Rehabilitation & Health Care Center, LLC; Garden Care Center, Inc.; Bay Park Center for Nursing & Rehabilitation LLC d/b/a Bay Park Center for Nursing & Rehabilitation LLC; Brookhaven Rehabilitation & Heath Care Center LLC d/b/a Brookhaven Rehabilitation & Health Care Center LLC; Caring Family Nursing & Rehabilitation Center d/b/a New Surfside Nursing Home LLC; Eastchester Rehabilitation & Health Care Center d/b/a Eastchester Rehabilitation & Health Care Center LLC; Golden Gate Rehabilitation & Health Care Center d/b/a Golden Gate Rehabilitation & Health Care Center LLC; Grace Plaza Nursing and Rehabilitation Center d/b/a Pinegrove Manor LLC; Nassau Rehabilitation & Nursing Center d/b/a Nassau Operating Company, LLC; Park Avenue Extended Care Facility d/b/a Park Avenue Operating Company, LLC; Parkview Care & Rehabilitation Center; South Point Plaza Nursing and Rehabilitation Center d/b/a Bayview Manor LLC; Spring Creek Rehab & Nursing Care Center d/b/a Willoughby Rehabilitation & Health Care Center LLC; The Hamptons Center for Rehabilitation and Nursing d/b/a North Sea Associates, LLC; Throgs Neck Rehabilitation

1

attorney's fees and costs and directed the Healthcare Defendants and Mr. Lipsius to submit a bill of costs and fee application if the parties could not agree on the amount to be reimbursed. *See Percy v. Oriska Gen. Contracting*, No. 20-CV-6131, 2021 WL 2184895, at *10 (E.D.N.Y. May 27, 2021), *appeal withdrawn sub nom., Broad Coverage Serv., Inc. v. Oriska Ins. Co.*, No. 21-1554, 2021 WL 4399676, at *1 (2d Cir. Sept. 1, 2021). On January 26, 2022, the Healthcare Defendants and Mr. Lipsius filed the instant motion for attorney's fees and costs. (*See* Mot. for Attorney's Fees (Dkt. 22).) This motion was referred to Magistrate Judge Sanket Bulsara for a report and recommendation ("R&R"). (*See* Feb. 4, 2022 Order Referring Mot.) Magistrate Judge Bulsara issued the annexed R&R on May 31, 2022, recommending that the court award the Healthcare Defendants and Mr. Lipsius $36,557.50 in attorney's fees. (*See* R&R (Dkt. 25).)

No party has objected to Judge Bulsara's R&R, and the time to do so has passed. *See* Fed. R. of Civ. P. 72(b)(2). Therefore, the court reviews the R&R for clear error. *See Velasquez v. Metro Fuel Oil Corp.*, 12 F. Supp. 3d 387, 397 (E.D.N.Y. 2014). Having found none, the court ADOPTS the R&R in full and awards the Healthcare Defendants and Mr. Lipsius $36,557.50 in attorney's fees for the reasons stated in the R&R.

SO ORDERED.

Dated: Brooklyn, New York
July 20, 2022

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge

---

& Nursing Center d/b/a Throgs Neck Operating Company, LLC; and Townhouse Center for Rehabilitation and Nursing d/b/a Townhouse Operating Company.